36100. WALKER *v.* B. E. ROBUCK, INCORPORATED.

CARLISLE, J. This court in a judgment entered in this case (*Walker* v. *B. E. Robuck, Inc.,* 93 *Ga. App.* 820, 93 S. E. 2d 178), reversed the judgment of the Civil Court of Fulton County and the Supreme Court on certiorari having reversed the judgment of this court (*B. E. Robuck, Inc.* v. *Walker,* 212 *Ga.* 621, 94 S. E. 2d 696), the judgment of reversal originally rendered by this court is vacated and the judgment of the trial court is affirmed.

*Judgment affirmed. Gardner, P. J., and Townsend, J., concur.*

DECIDED OCTOBER 26, 1956.

*Fraser & Shelfer,* for plaintiff in error.
*Matthews & McClelland,* contra.